# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Feb 22, 2023 1:36PM

Andrew Perrong

| Rcpt. No: 20006842 | | Trans. Date: Feb 22, 2023 1:36PM | | | Cashier ID: #ST |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| PC | OTCnet Check | #965 | 02/22/2023 | | $402.00 |
| | | | Total Due Prior to Payment: | | $402.00 |
| | | | Total Tendered: | | $402.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: 23-cv-603

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.