ANDREW J. BELLWOAR, ESQ.  
BELLWOAR KELLY, LLP  
126 WEST MINER STREET  
WEST CHESTER, PA 19382  
TEL: (610) 314-7066  
ATTORNEY I.D. 54096

ATTORNEY FOR DEFENDANT

---

| | |
|---|---|
| ANDREW R. PERRONG | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
| Plaintiff | |
| vs. | Case No.    2:23-CV-603-JDW |
| HOPE TREE PROPERTIES LLC | |
| and | |
| DANIEL KESSLER | |
| Defendants | |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney of record on behalf of the Defendants Hope Tree Properties LLC and Daniel Kessler in the above-captioned matter.

s/ Andrew J. Bellwoar
ANDREW J. BELLWOAR, ESQUIRE
ATTORNEY I.D. 54096
BELLWOAR KELLY LLP
126 WEST MINER STREET
WEST CHESTER, PA 19382
TEL: (610) 314-7066