**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDREW R. PERRONG**, *Plaintiff*, v. **HOPE TREE PROPERTIES, LLC, et al.**, *Defendants*. | **Case No. 2:23-cv-00603-JDW** |

## ORDER

**AND NOW**, this 28th day of March, 2023, upon review of the docket in the above-captioned matter, it is **ORDERED** that Defendant, Hope Tree Properties, LLC, shall file a corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1(a), within seven (7) days of the date of this Order.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.