IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVIANIA

| | |
|---|---|
| ANDREW R. PERRONG, | : |
| Plaintiff, | : Civil Act. No. 2:23-CV-603-JDW |
| v. | : |
| HOPE TREE PROPERTIES LLC, | : |
| DANIEL KESSLER, | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendants Hope Tree Properties LLC and Daniel Kessler in the above captioned matter. My Partner, Andrew Bellwoar, Esq., should also remain as counsel for the Defendants.

Respectfully submitted,

By: */s/ Christopher de Barrena-Sarobe*
Christopher L. de Barrena-Sarobe, Esq.
Attorney ID # PA 307754
Partner, Bellwoar Kelly LLP

Date: April 4, 2023