IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVIANIA

| | |
|---|---|
| Andrew R. PERRONG, | : |
|     Plaintiff, | : Civil Act. No. 2:23-CV-603-JDW |
| v. | : |
| HOPE TREE PROPERTIES LLC, | : |
| DANIEL KESSLER, | : |
|     Defendants. | : |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Hope Tree Properties LLC, by and through its attorneys, Andrew Bellwoar, Esq. and Christopher de Barrena-Sarobe, Esq., hereby submits the following Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a).

Hope Tree Properties: (1) does not have a parent corporation; and (2) does not involve any publicly held corporation owning at least 10% of its stock.

The Defendants remain at the call of the Court should there be any questions or concerns.

Respectfully submitted,

By: */s/ Christopher de Barrena-Sarobe*
Christopher L. de Barrena-Sarobe
Partner, Bellwoar Kelly LLP