IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG**, <br><br> *Plaintiff,* <br><br> v. <br><br> **HOPE TREE PROPERTIES, LLC, et al.**, <br><br> *Defendants.* | **Case No. 2:23-cv-00603-JDW** |

## ORDER

**AND NOW**, this 18th day of April, 2023, in light of Plaintiff having filed an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), it is **ORDERED** that Defendants' Motion To Dismiss Civil Complaint (ECF No. 8) is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.