# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW R. PERRONG

       Plaintiff

vs.

HOPE TREE PROPERTIES LLC
and
DANIEL KESSLER

       Defendants.

Case No. 2:23-cv-00603-JDW

JURY TRIAL DEMANDED

The parties to this action, Plaintiff Andrew R. Perrong and Defendants Hope Tree Properties LLC and Daniel Kessler, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.1(b), hereby stipulate to the Dismissal with Prejudice of the instant action, with each party bearing their own costs.

       Respectfully submitted,

__/s_ *Andrew R. Perrong*
Andrew R. Perrong
*Plaintiff Pro Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

By: _/s/ *Christopher de Barrena-Sarobe*
Christopher de Barrena-Sarobe
126 W Miner St #1,
West Chester, PA 19382
Phone: 610-314-7066
Chrisdbs@BellwoarKelly.com

*Attorney for Defendants*

1